(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALCO IRON & METAL CO., a California corporation,<br><br>           Plaintiff,<br><br>      v.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, n/k/a CHARTIS SPECIALTY INSURANCE COMPANY an Illinois corporation, and DOES 1 through 40 inclusive,<br><br>           Defendants. | Case No.  3:11-cv-05181-MEJ<br><br>[PROPOSED] ORDER GRANTING RELIEF FROM CASE MANAGEMENT SCHEDULE<br><br>Original Complaint Filed: 9/1/2011<br>Judge: Honorable Maria-Elena James |

Upon motion of Defendant, American International Specialty Lines Insurance Company, n/k/a Chartis Specialty Insurance Company, for relief from Case Management Schedule and in light of no objection from Plaintiff, and for good cause shown, it is hereby ordered that the motion be GRANTED as follows:

The deadline to file an ADR Certification and Stipulation to ADR Process is extended to January 26, 2012.  All other provisions of the Court's Order Setting Initial Case Management Conference and ADR Deadlines remain in full force and effect.

Date:  1/17/2012

_____
Hon. Maria-Elena James
U.S. District Court for the Northern District of California

03704/00175-1852598.v1

1

[PROPOSED] ORDER GRANTING RELIEF FROM CASE MANAGEMENT SCHEDULE PURSUANT TO LOCAL RULE 16-2(d) – CASE NO. 3:11-CV-05181-MEJ