IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALCO IRON & METAL COMPANY,<br><br>      Plaintiff,<br><br>  v.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, also known as CHARTIS SPECIALTY INSURANCE COMPANY,<br><br>      Defendant.<br>_____/ | No. C 11-5181 CW<br><br>ORDER REGARDING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT |

    Defendant American International Specialty Lines Insurance Company, now known as Chartis Specialty Insurance Company, has filed a motion for summary judgment, or in the alternative, for partial summary judgment, and has noticed its motion for hearing on June 21, 2012. Docket No. 25. The Court previously set April 11, 2013 as the deadline to hear all case-dispositive motions. Docket No. 23.

    The Court prefers to hear all case-dispositive motions at one time, absent a good reason to do otherwise. Defendant's motion may be heard on the date noticed as long as Plaintiff Alco Iron & Metal Company is prepared to oppose it and Defendant does not intend to file another case-dispositive motion at a later date. The parties shall meet and confer about the schedule and file an appropriate motion under L.R. 7-11 if they are unable to agree.

    If Plaintiff wishes to file a cross-motion for summary judgment, it shall include the cross-motion in its opposition to Defendant's motion. If Plaintiff files such a cross-motion with

its opposition, Defendant shall include its opposition to Plaintiff's cross-motion in its reply in support of its motion, which shall be filed one week later, Plaintiff shall file a reply in support of its cross-motion one week later, and the hearing shall be continued one week to June 28, 2012.

IT IS SO ORDERED.

Dated: 5/17/2012

CLAUDIA WILKEN
United States District Judge